LOUIS A. COQUARD AND AIME CHEVILLOTTE v. WILL-
IAM BOEHMER, COMMISSIONER OF HIGHWAYS OF
THE TOWNSHIP OF HAMTRAMCK.

*Highways—Proceedings to establish—Notice.*

Ten *full* days' notice must be given of the hearing of an applica-
tion to lay out a highway. How. Stat. § 1298; *People v. Com-
missioner,* 38 Mich. 247; *Price v. Stagray,* 68 Id. 17; *Dixon v.
Commissioner,* 75 Id. 225.

*Certiorari* to highway commissioner to review proceed-
ings to lay out highway. Argued June 4, 1890. Proceed-
ings quashed June 13, 1890. The facts are stated in the
opinion.

*Wisner, Speed & Harvey,* for petitioners.

*John G. Hawley,* for respondent.

MORSE, J. *Certiorari* to review proceedings to lay out
a highway.

The proceedings must be quashed. Notice of a meeting
to be held January 25, 1890, to view the premises and
ascertain the necessity of opening the highway, and to
appraise the damages for the taking of land for such
highway, was given by the commissioner on January 15,
1890. The statute provides that the notice must be served
10 days before the time of meeting. How. Stat. § 1298.
This case is ruled by *People v. Commissioner,* 38 Mich.
247, where it was held that the language of the statute
excludes the day on which the meeting is to be held, and
that, under the well-settled rule in this State, the day of
service is also excluded. There must be 10 full days'
notice, excluding day of service and day of meeting.

The proceedings are therefore quashed, with costs.

The other Justices concurred.